AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Garbis, Marvin J | 2. Court or Organization  District of Maryland | 3. Date of Report  07/14/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Senior District Judge | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address  U.S. Courthouse 101 W. Lombard St. Baltimore, MD 21201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Advisors | University of Baltimore Law School |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2008 JUL 18 A 11: 15 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. Ongoing | West Publishing Company, Ronald B. Rubin, Patricia Morgan (deceased). Royalties paid authors of casebook. |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | West Publishing Co., book royalties | $ 330 |
| 2. May 10 | Distributions from IRA's | $ 43,000 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Commission for Environmental Cooperation [CEC] | Feb. /20 - 23 | Mexico City | Faculty, environment | Travel, meals, room |
| 2. | ABA | May 2 - 5 | Boston, MA | Faculty, tax course | Travel, meals, room |
| 3. | International Judicial Academy | August 27 - Sept. 3 | Argentina | Faculty, IP course | Travel, meals, room |
| 4. | International Judicial Academy | Sept. 24 -29 | The Hague, Holland | Judicial education | Travel, meals, room |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garbis, Marvin J | 07/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Provident Bank Checking | A | Interest | J | T | | | | | |
| 2. T. Rowe Price Tax Free Bond Fund | A | Int./Div. | K | T | | | | | |
| 3. CITIBANK Bank Deposit Program | A | Interest | J | T | | | | | |
| 4. IRA - 1 | | | | | | | | | |
| 5. CITIBANK Bank Deposit Program | A | Interest | J | T | | | | | |
| 6. Legg Masoin Value Trust LMVTX | A | Dividend | M | T | Sell | 11/19 | M | A | Partial sale |
| 7. Royce Fund Pennsylvania RYPCX | A | Dividend | M | T | | | | | |
| 8. Templeton Growth Fund TMGBX | A | Dividend | L | T | | | | | |
| 9. Royce Funds Micro Cap RYMCX | A | Dividend | L | T | | | | | |
| 10. IRA - 2 | | | | | | | | | |
| 11. CITIBANK Bank Deposit Program | A | Interest | J | T | | | | | |
| 12. Legg Mason Special Investment Trust LMASX | A | Dividend | M | T | | | | | |
| 13. Legg Mason Opportunity Trust LMOPX | A | Dividend | M | T | | | | | |
| 14. Fed. Eq. Kaufman Fund KAVBX | A | Dividend | M | T | Sell | 6/4 | J | A | Partial sale |
| 15. Ebay | A | None | | | Sell | 6/4 | K | A | Partial sale |
| 16. Second sale Ebay | | | | | Sell | 11/4 | K | A | |
| 17. Electronic Arts | A | None | | | Sell | 10/3 | L | A | |

*(stamp: DISCLOSURE FINANCIAL OFFICE / 2008 AUG 25 A 11:08 / RECEIVED)*

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garbis, Marvin J | 07/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Provident Bank Checking | A | Interest | J | T | | | | | |
| 2. T. Rowe Price Tax Free Bond Fund | A | Int./Div. | K | T | | | | | |
| 3. CITIBANK Bank Deposit Program | A | Interest | J | T | | | | | |
| 4. IRA - 1 | | | | | | | | | |
| 5. CITIBANK Bank Deposit Program | A | Interest | J | T | | | | | |
| 6. Legg Masoin Value Trust LMVTX | A | Dividend | M | T | Sell | 11/19 | M | A | Partial sale |
| 7. Royce Fund Pennsylvania RYPCX | A | Dividend | M | T | | | | | |
| 8. Templeton Growth Fund TMGBX | A | Dividend | L | T | | | | | |
| 9. Royce Funds Micro Cap RYMCX | A | Dividend | L | T | | | | | |
| 10. IRA - 2 | | | | | | | | | |
| 11. CITIBANK Bank Deposit Program | A | Interest | J | T | | | | | |
| 12. Legg Mason Special Investment Trust LMASX | A | Dividend | M | T | | | | | |
| 13. Legg Mason Opportunity Trust LMOPX | A | Dividend | M | T | | | | | |
| 14. Fed. Eq. Kaufman Fund KAVBX | A | Dividend | M | T | Sell | 6/4 | J | A | Partial sale |
| 15. Ebay | | | | | Sell | 6/4 | K | A | Partial sale |
| 16. Second sale Ebay | | | | | Sell | 11/4 | K | A | |
| 17. Electronic Arts | | | | | Sell | 10/3 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garbis, Marvin J | 07/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. L-1 Identity Solutions ID | A | Dividend | K | T | | | | | |
| 19. Legg Mason, Inc. LM | A | Dividend | L | T | | | | | |
| 20. Pinnacle Northeast, Inc. | | None | K | T | | | | | |
| 21. Medicis Pharm. MRX | A | Dividend | K | T | Buy | 6/4 | K | A | |
| 22. NASDAQ NDAQ | A | Dividend | K | T | Buy | 10/3 | K | A | |
| 23. Henderson International Opportunity Fund HFOBX | A | Dividend | K | T | Buy | 10/9 | K | A | |
| 24. Second buy HFOBX | | | | | Buy | 11/19 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garbis, Marvin J | 07/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. L-1 Identity Solutions ID | A | Dividend | K | T | | | | | |
| 19. Legg Mason, Inc. LM | A | Dividend | L | T | | | | | |
| 20. Pinnacle Northeast, Inc. | | None | K | T | | | | | |
| 21. Medicis Pharm. MRX | A | Dividend | K | T | Buy | 6/4 | K | A | |
| 22. NASDAQ NDAQ | A | Dividend | K | T | Buy | 10/3 | K | A | |
| 23. Henderson International Opportunity Fund HFOBX | A | Dividend | K | T | Buy | 10/9 | K | A | |
| 24. Second buy HFOBX | | | | | Buy | 11/19 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544